No. 00–1671. IN RE MENSAH. Petition for writ of mandamus and/or prohibition denied.

No. 00–1543. FESTO CORP. v. SHOKETSU KINZOKU KOGYO KABUSHIKI CO. LTD. ET AL. C. A. Fed. Cir. Certiorari granted.

No. 99–1553. PENNSYLVANIA v. GINDLESPERGER. Sup. Ct. Pa. Certiorari denied.

No. 00–845. HOOD, AS GUARDIAN AD LITEM OF HOOD, A MINOR v. MEDFORD TOWNSHIP BOARD OF EDUCATION ET AL. C. A. 3d Cir. Certiorari denied.

No. 00–1297. HORIZON AIR INDUSTRIES, INC. v. NATIONAL MEDIATION BOARD ET AL. C. A. 9th Cir. Certiorari denied.

No. 00–1338. JOHNSON v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 00–1360. NEW YORK STATE BOARD OF ELECTIONS v. LERMAN ET AL. C. A. 2d Cir. Certiorari denied.

No. 00–1423. LEAHY v. MERIT SYSTEMS PROTECTION BOARD. C. A. Fed. Cir. Certiorari denied.

No. 00–1442. MEYER v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 00–1447. GSCHWIND, IN HER OWN RIGHT, AS ADMINISTRATRIX OF THE ESTATE OF GSCHWIND, AND AS PARENT AND NATURAL GUARDIAN OF GSCHWIND v. CESSNA AIRCRAFT CO. ET AL. C. A. 10th Cir. Certiorari denied.

No. 00–1505. MONOGRAM CREDIT CARD BANK OF GEORGIA v. HEATON. C. A. 5th Cir. Certiorari denied.